Randall G. Simpson
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA LABORERS-EMPLOYERS RETIREMENT FUND, ALASKA LABORERS-CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, ALASKA LABORERS-CONSTRUCTION INDUSTRY TRAINING FUND, AND THE ALASKA LABORERS-CONSTRUCTION INDUSTRY LEGAL SERVICES FUND,<br><br>      Plaintiffs,<br>vs.<br><br>MARATHON CONSTRUCTION, INC.,<br><br>      Defendant. | **Case No. 3:14-cv-00099 JWS** |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Alaska Laborers-Employers Retirement Fund, Alaska Laborers-Construction Industry Health and Security Fund, Alaska Laborers-Construction Industry Training Fund, and the Alaska Laborers-Construction Industry Legal Services Fund and Defendant Marathon Construction, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal of all claims in this action with prejudice, each party to bear its own costs and attorney's fees.

DATED this 26th day of August, 2014, at Anchorage, Alaska.

          JERMAIN, DUNNAGAN & OWENS, P.C.
          Attorneys for Plaintiffs

          By:   /s/ Randall G. Simpson
                Randall G. Simpson
                Alaska Bar No. 7710166
                3000 A Street, Suite 300
                Anchorage, AK  99503
                Telephone:  (907) 563-8844
                Fax:  (907) 563-7322
                rsimpson@jdolaw.com

DATED this 26th day of August, 2014, at Anchorage, Alaska.

          BOYD, CHANDLER & FALCONER, LLP
          Attorneys for Defendant

          By:   /s/ Charles Cacciola
                Charles Cacciola
                Alaska Bar No. 1306045
                911 West Eighth Avenue
                Anchorage, AK  99501
                Telephone:  (907) 272-8401
                Fax:  (907) 274-3698
                ccacciola@bcf..us.com

*Alaska Laborers et al. v. Marathon Construction, Inc.*    Page 2 of 3
STIPULATION FOR DISMISSAL WITH PREJUDICE
Case 3:14-cv-00099-JWS   Document 10   Filed 08/26/14   Page 2 of 3

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

**CERTIFICATE OF SERVICE**

This is to certify that on this 26th day of August, 2014, a true and correct copy of the foregoing was served electronically on the following:

   -Charles A. Cacciola

*s/Randall G. Simpson*
Randall G. Simpson

510025/25000.664

*Alaska Laborers et al. v. Marathon Construction, Inc.*     Page 3 of 3
STIPULATION FOR DISMISSAL WITH PREJUDICE
Case 3:14-cv-00099-JWS   Document 10   Filed 08/26/14   Page 3 of 3

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322